UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
PATRICK JONES

                v                        ORDER
                                          CV14-5078

HOME DEPOT U.S.A. Inc. et al
-----------------------------------------------------X

**Jack B. Weinstein, Senior United States District Judge**

      No timely objection having been made, the report of the Magistrate Judge is adopted as the court's order. The case is remanded to the Supreme Court of the State of New York, Queens County.

      Plaintiff's motion to remand is denied as moot.

SO ORDERED

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

Dated: 4/21/15

